ORIGINAL

SEALED
BY ORDER OF THE COURT

**WARNING:** **THIS IS A SEALED DOCUMENT CONTAINING NON-PUBLIC INFORMATION**

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

SEAN VAN DEMARK #10288
MICAH SMITH
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:  Sean.Van.Demark@usdoj.gov
         Micah.Smith@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2020

at 4 o'clock and 08 min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR20-00024 JAO |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), and 846; 18 U.S.C. §§ 111, 371, 922(g)(1), 1512(c)(1), and 1512(b)(3)] |
| ARTHUR BRUN, (01) | |
| aka "Ata," | |
| MALUELUE UMU, (02) | |
| aka "Malu," | |
| KELVIN KAUWILA KAI, (03) | |
| aka "Kauwila," | |
| STEVEN KELIIKULI, (04) | |
| KANIU HUIHUI, (05) | |

|                                         |      |   |
|-----------------------------------------|------|---|
|                                         |      | ) |
| SHEENA MILLARE,                         | (06) | ) |
| EFREN YANOS,                            | (07) | ) |
| KIRSTEN MAKANOE AYAU,                   | (08) | ) |
| aka "Makanoe,"                          |      | ) |
| ORLANDO MANGUCHEI,                      | (09) | ) |
| aka "Ole,"                              |      | ) |
| ROBBY SILVA,                            | (10) | ) |
| HAIDEE SUEYASU, and                     | (11) | ) |
| PHRYSTAL BACIO,                         | (12) | ) |
|                                         |      | ) |
| Defendants.                             |      | ) |
|                                         |      | ) |

## INDICTMENT

The Grand Jury charges:

## General Allegations

1.      At all times relevant to this Indictment, ARTHUR BRUN aka "Ata," the defendant, was a sitting member of the Kaua'i County Council and the Vice Chair of its Public Safety & Human Services Committee.  At the same time that he held this position of public trust, BRUN led a drug trafficking organization (the "DTO") that distributed substantial amounts of methamphetamine on Kaua'i.

2.      At all times relevant to this Indictment, MALUELUE UMU, aka "Malu," the defendant, was a "shot caller," or leader, of the United Samoan Organization (the "USO gang"), a gang that operates both inside and outside of the

2

prison system in the State of Hawaiʻi.  At certain times relevant to this Indictment, UMU supplied BRUN and the DTO with wholesale amounts of methamphetamine.

3.      At certain times relevant to this Indictment, ORLANDO MANGUCHEI, aka "Ole," the defendant, acted to protect ARTHUR BRUN, aka "Ata," the defendant, and the operations of the DTO.  MANGUCHEI played this role for BRUN at the same time that he was a fugitive on a federal arrest warrant for violations of his federal supervised release.  In that same time period, BRUN made efforts to obtain an unregistered firearm for MANGUCHEI's use, despite the fact that both BRUN and MANGUCHEI have previously sustained felony convictions.

4.      At certain times relevant to this Indictment, KELVIN KAUWILA KAI, aka "Kauwila," STEVEN KELIIKULI, KANIU HUIHUI, SHEENA MILLARE, EFREN YANOS, KIRSTEN MAKANOE AYAU, aka "Makanoe," ROBBY SILVA, HAIDEE SUEYASU, and PHRYSTAL BACIO, the defendants, distributed and possessed with intent to distribute methamphetamine on Kauaʻi in connection with the operations of the DTO.

//

//

//

3

Count 1
Drug Trafficking Conspiracy
(21 U.S.C. § 846)

5.    From a precise date unknown, but by at least in or about June 2019,

and continuing to in or about January 2020, within the District of Hawaii and

elsewhere, ARTHUR BRUN, aka "Ata," MALUELUE UMU, aka "Malu,"

KELVIN KAUWILA KAI, aka "Kauwila," STEVEN KELIIKULI, KANIU

HUIHUI, SHEENA MILLARE, EFREN YANOS, KIRSTEN MAKANOE

AYAU, aka "Makanoe," ORLANDO MANGUCHEI, aka "Ole," ROBBY SILVA,

HAIDEE SUEYASU, and PHRYSTAL BACIO, the defendants, and others known

and unknown, did knowingly and intentionally combine, conspire, confederate, and

agree with each other to violate the controlled substances laws of the United States.

6.    It was a part and an object of the conspiracy that ARTHUR BRUN,

aka "Ata," MALUELUE UMU, aka "Malu," KELVIN KAUWILA KAI, aka

"Kauwila," STEVEN KELIIKULI, KANIU HUIHUI, SHEENA MILLARE,

EFREN YANOS, KIRSTEN MAKANOE AYAU, aka "Makanoe," ORLANDO

MANGUCHEI, aka "Ole," ROBBY SILVA, HAIDEE SUEYASU, and

PHRYSTAL BACIO, the defendants, and others known and unknown, would and

did distribute and possess with intent to distribute a controlled substance in

violation of Title 21, United States Code, Section 841(a)(1).

4

7.     The controlled substance that ARTHUR BRUN, aka "Ata,"
MALUELUE UMU, aka "Malu," KELVIN KAUWILA KAI, aka "Kauwila,"
STEVEN KELIIKULI, KANIU HUIHUI, SHEENA MILLARE, EFREN YANOS,
KIRSTEN MAKANOE AYAU, aka "Makanoe," ORLANDO MANGUCHEI, aka
"Ole," ROBBY SILVA, HAIDEE SUEYASU, and PHRYSTAL BACIO, the
defendants, conspired to distribute and possess with intent to distribute was 500
grams or more of a mixture and substance containing a detectable amount of
methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II
controlled substance, in violation of Title 21, United States Code, Sections
841(a)(1) and 841(b)(1)(A).

Overt Acts

8.     In furtherance of the conspiracy and to effect the illegal objects
thereof, the following overt acts, among others, were committed within the District
of Hawai'i and elsewhere:

a.     On or about September 17, 2019, ARTHUR BRUN, aka "Ata,"
and SHEENA MILLARE, the defendants, sold approximately one ounce (28.3
grams) of methamphetamine to a cooperating source for $1,010.00.

b.     On or about October 11, 2019, BRUN received a call from
HAIDEE SUEYASU, the defendant.  During the conversation, BRUN asked, in

5

substance and in part, "how much you got?" SUEYASU responded, in substance and in part, "Umm. I get five with me. I go count. I stay driving." BRUN informed SUEYASU, in substance and in part, "Ok, umm. Probably tomorrow…Then I can go grab some, just whatever cash you get is fine."

c.      On or about October 12, 2019, BRUN and MALUELUE UMU, aka "Malu," the defendant, spoke by phone and arranged to meet in person at Waimea Park. While there, UMU supplied BRUN with approximately one pound (16 ounces or 453 grams) of methamphetamine.

d.      Shortly after the meeting between BRUN and UMU on October 12, 2019, BRUN called KELVIN KAUWILA KAI, aka "Kauwila," the defendant, and advised him, in substance and in part, to go to BRUN's home and "grab the bag," which contained the methamphetamine that UMU had supplied BRUN.

e.      On or about October 13, 2019, KAI called BRUN to inform him that, in substance and in part, the methamphetamine obtained from UMU was "killa . . . . the best one so far." In response, BRUN asked KAI, in substance and in part, "how much had," to which KAI responded, "had 13," meaning 13 ounces, or slightly less than the anticipated pound, or 16 ounces. BRUN asked, "13 ounces?" KAI confirmed, in substance and in part, "I think was 13 I can go weigh everything," and BRUN agreed, "yeah weigh em all out."

f.      Later in the day on or about October 13, 2019, KAI called

BRUN to correct his earlier statement that UMU had given them only 13 ounces of

methamphetamine, or slightly less than the anticipated 16 ounces: "I counted

wrong.  It's all there."

g.      On or about October 16, 2019, BRUN called another person not

charged herein ("CC-1") and asked, in substance and in part, if CC-1 "get any uh

guns?"  When CC-1 answered that he had a registered gun, BRUN responded, in

substance and in part, that he needed an unregistered gun for ORLANDO

MANGUCHEI, aka "Ole," the defendant: "No, not registered . . . . My friend

coming from Oahu he like go hunt that's why . . . . this fucka not going get caught

I promise . . . . that's for Orlando that's why."

h.      On or about October 16, 2019, MANGUCHEI sent a text

message to BRUN in which he asked, in substance and in part, if BRUN needed

assistance with collecting drug debts:  "Patnahno more real job for me up there?.i

hit wonders.on the real.i not on that stuff.i mean business.  If someone owe u.that

get the cash but holding o . . . ut.or just text me out.we talk."

i.      On or about October 17, 2019, BRUN and MANGUCHEI

spoke by phone, during which conversation BRUN explained, in substance and in

part, that his "boy" had a "SKS" firearm "for you hunt."  When MANGUCHEI

7

asked, in substance and in part, "what get rounds in that thing?"  BRUN responded,

"Get brah, hundred or thousand rounds . . . ."  Later in the conversation, BRUN

asked MANGUCHEI, in substance and in part, if he would prefer a "38 . . .

revolver."

        j.     On or about October 18, 2019, BRUN called a member of the

DTO not charged herein and advised him, in substance and in part, to not go to

"Port Allen" because there were "undercover cars down there."

        k.     On or about October 19, 2019, BRUN arranged to meet with

UMU and advised him that he went to "Salt Pond" because "fuckin cops in

Hanapepe Town."

        l.     On or about October 19, 2019, a member of the USO gang not

charged herein ("CC-2") threatened BRUN out of a concern that BRUN might be

cooperating with law enforcement.  In response, MANGUCHEI confronted CC-2

and forced him to stand down.  Afterwards, BRUN called CC-1 and explained, in

substance and in part, that BRUN had been aided by MANGUCHEI, his "gun man

from before."

        m.     On or about October 20, 2019, BRUN called KAI to discuss the

confrontation with CC-2.  As BRUN explained to KAI, MANGUCHEI had warned

CC-2, in substance and in part: "I work for [BRUN] long time.  Don't you even

8

think of touch him . . . . You not going touch him.  You going deal with me first . .

. . You goin have to bury me first, brah.  You not going touch Arthur."

          n.      On or about October 20, 2019, STEVEN KELIIKULI, the

defendant, spoke by phone with BRUN and warned him, in substance and in part,

that there were "three cop cars in Hanapepe . . . ."

          o.      On or about October 23, 2019, BRUN called SUEYASU and

asked SUEYASU where she was.  BRUN then informed SUEYASU, in substance

and in part, "da kine is taking over everything for me now.  I'm out."  SUEYASU

said, in substance and in part, "Oh shucks, am I taking over for you?"  BRUN

informed SUEYASU that he was referring to KAI.  Later in the conversation,

BRUN discusses SUEYASU's debt and says, in substance and in part, "Well how

much do you have?  Okay, so if you, as ah as what I trying to figure out.  Your bill

is what we had minus…55 and then we took out the 800, so 47.  So stay 4 right

now."  SUEYASU began to say, in substance and in part, "And then I gave…" but

Brun said, in substance and in part, "You gave me the 7...Yeah so, $4000.  You

have 4 ounces, so take 16, 32.  Can you just hold one for now and give um 3?"

SUEYASU agreed.  BRUN then instructed SUEYASU, in substance and in part,

"Give um 3 keep 1.  So we going minus 24 out of the 4 so 16 you bill going be."

9

p.      In or about October 2019, BRUN arranged with KANIU

HUIHUI, the defendant, to purchase approximately one pound (16 ounces or 453

grams) of methamphetamine that would be mailed to Kaua'i from California for

$9,000.00. The Kaua'i Police Department intercepted the methamphetamine,

pursuant to a search warrant, before it was delivered to its addressee, "C. Huihui."

q.      On or about October 28, 2019, BRUN spoke by phone with

KIRSTEN MAKANOE AYAU, aka "Makanoe," the defendant. When AYAU

asked where they should meet, BRUN warned her, in substance and in part, "hang

on little while fucking cops galore over here."

r.      On or about October 29, 2019, BRUN called SUEYASU and

SUEYASU asked BRUN, in substance and in part, "what is my kine now?"

BRUN responded "Ummmm 16 I think...4 minus the 24...let me look...Uh yeah,

cuz, it's 4000 you gave back the 3, so it minus the money for the 16th now."

BRUN asked, in substance and in part, if SUEYASU had any of that money to

which SUEYASU responded, in substance and in part, that she had "a thousand."

BRUN told SUEYASU, in substance and in part, "OK OK OK OK let me know if

you need more if not I'll come that side. I gotta stop Kalaheo that side."

s.      On or about October 29, 2019, UMU, supplied BRUN with

approximately one pound and two ounces (517.6 grams) of methamphetamine.

t.      On or about October 29, 2019, shortly after BRUN received the approximately one pound and two ounces (517.6 grams) of methamphetamine from UMU, the Kaua'i Police Department conducted a traffic stop of BRUN. BRUN resisted orders to stop, fled the scene, engaged the police in a high-speed chase, and threw the methamphetamine out of his car window while fleeing. Unbeknownst to BRUN, the Kaua'i Police Department recovered the methamphetamine.

u.      On or about October 30, 2019, BRUN spoke by phone to KAI, during which conversation KAI asked BRUN, in substance and in part, to provide a more precise description of where he had thrown the approximately one pound and two ounces (517.6 grams) of methamphetamine, and BRUN responded, in substance and in part, "Fuck, maybe was more down because I think I was around one corner when I did um, so nobody was really following me."

v.      On or about October 31, 2019, BRUN spoke to MANGUCHEI by phone, during which conversation MANGUCHEI asked BRUN, in substance and in part, "What you never get caught with nothing hah," to which BRUN responded, in substance and in part, "No . . . . That's why dakine that's why I ran."

w.      On or about November 1, 2019, AYAU called BRUN by phone and asked, in substance and in part, whether BRUN had not yet obtained a new

11

supply of methamphetamine: "what we still out of commission?" When BRUN responded, in substance and in part, "Yeah, trying to get right now but nobody like give me," AYAU replied, in substance and in part, "Ok well let me know. My phone stay blowing up."

       x.    On or about November 2, 2019, BRUN called PHRYSTAL BACIO, the defendant, by phone and asked, in substance and in part, whether BACIO had any "stuff" to which BACIO responded, "Yeah." BRUN inquired "How much?" to which BACIO responded "12." BRUN informed BACIO, in substance and in part, "Just waiting for mine...this afternoon." BACIO informed BRUN, in substance and in part, that she could "throw [him] something." Later, BRUN and BACIO spoke again and BACIO inquired, in substance and in part, whether BRUN would "like one half or one whole one?" BRUN responded, in substance and in part, "may as well get one whole one fuck um."

       y.    On or about November 3, 2019, BRUN called BACIO and asked, in substance and in part, if BACIO "can do two or just one?" BACIO responded, "I can" to which BRUN asked, "You get it? Okay, probably two mo' fuck." BACIO responded, "Okay I gotta make em."

z.      On or about November 6, 2019, BRUN spoke to another person not charged herein by phone and asked that person, in substance and in part, to advise him "when cops pass over there."

aa.     On or about November 15, 2019, KELIIKULI made a phone call to BRUN in which KELIIKULI explained that he was going to Lihue and asked, in substance and in part, "I can get three more . . . . ounces roll up here," that is, approximately three ounces (85 grams) of methamphetamine.

bb.     On or about November 15, 2019, BRUN called KAI and explained, in substance and in part, that KELIIKULI "stay in Lihue right now" and that KAI should "make three more of that same stuff," that is, prepare three ounces (85 grams) of methamphetamine for KELIIKULI.

cc.     On or about November 15, 2019, BRUN called BACIO and asked, in substance and in part, "Eh, what is the cheapest you can give me one half at?" BACIO responded, in substance and in part, "One half...what?" BRUN replied, "P." BACIO informed BRUN, in substance and in part, "Um I don't know probably like five." BRUN accepted that price and informed BACIO, in substance and in part, that he "no more nothing right now" because he had a "couple ounces that [he] going drop off and then…"

13

dd.     On or about November 18, 2019, BRUN called BACIO and informed her, in substance and in part, that he was going to "Steven's" and he had to leave soon. BACIO responded, in substance and in part, that she was "still trying to fricking do everything so [she] still gotta weigh them out." BRUN asked, in substance and in part, if BACIO could "just make two half ounces out of one." BACIO agreed, in substance and in part, to take out two half ounces for BRUN and meet BRUN at a location to be determined later.

ee.     On or about November 19, 2019, BRUN supplied approximately one ounce (28.3 grams) of methamphetamine to EFREN YANOS, the defendant, for $1,000, which methamphetamine the Kaua'i Police Department seized during a traffic stop shortly thereafter.

ff.     In or about the late evening of November 21, 2019, BRUN supplied another person not charged herein ("CC-3") with approximately one ounce (28.3 grams) of methamphetamine, which the Kaua'i Police Department seized during a traffic stop shortly thereafter.

gg.     In or about the early morning of November 22, 2019, CC-3 called BRUN, informed BRUN about the traffic stop, and expressed concern that, in substance and in part, all the "stuff is in the bag in my backpack . . . ." BRUN responded, in substance and in part, "Say you don't, you know what I don't know

14

whose bag . . . and then just stay with that." When CC-3 proposed, in substance and in part, "What about if I give em like somebody's name like . . . that left the island or something you know?" To which BRUN responded, in substance and in part, "Up to you brah. That's fine yea yea yea."

        hh.    In or about the early morning of November 22, 2019, BRUN called AYAU to warn her, in substance and in part, that the Kaua'i Police Department "just fucking pulled over someone [namely, CC-3] who grabbed shit from me."

        ii.    On or about January 21, 2020, ROBBY SILVA, the defendant, possessed approximately 100 grams of methamphetamine which were seized during the execution of a search warrant on the residence of SILVA, after which SILVA admitted, in substance and in part, that he had obtained the methamphetamine from BRUN.

    All in violation of Title 21, United States Code, Section 846.

### Count 2
Distribution of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

9.    On or about September 17, 2019, within the District of Hawaii, ARTHUR BRUN, aka "Ata," and SHEENA MILLARE, the defendants, did

15

knowingly and intentionally distribute a quantity of a mixture and substance

containing a detectable amount of methamphetamine, its salts, isomers, and salts of

its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(C), and Title 18, United States Code, Section 2.

<u>Count 3</u>
Attempted Possession of Methamphetamine with Intent to Distribute
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846)

10.   On or about and between October 22, 2019, and October 25, 2019,

both dates being approximate and inclusive, within the District of Hawaii,

ARTHUR BRUN, aka "Ata," and KANIU HUIHUI, the defendants, did

knowingly and intentionally attempt to possess with intent to distribute 50 grams

or more of a mixture and substance containing a detectable amount of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(B), and 846.

//

//

16

Count 4
Possession of Methamphetamine with Intent to Distribute
(21 U.S.C. § 841(a)(1) and 841(b)(1)(A))

11.     On or about October 29, 2019, within the District of Hawaii,

ARTHUR BRUN, aka "Ata," and MALUELUE UMU, aka "Malu," the

defendants, did knowingly and intentionally possess with intent to distribute 500

grams or more of a mixture and substance containing a detectable amount of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A).

Count 5
Assault of a Federal Law Enforcement Officer
(18 U.S.C. § 111)

12.     On or about October 29, 2019, within the District of Hawaii,

ARTHUR BRUN, aka "Ata," the defendant, did forcibly assault and inflict bodily

injury upon a person designated in Title 18, United States Code, Section 1114,

namely, J.M., in his capacity as a Task Force Officer with a federal law

enforcement agency and as a state law enforcement officer acting in cooperation

with and under the control of federal officers in a matter involving the enforcement

17

of federal laws, which assault BRUN did with the intent to commit another felony,

namely, to commit the offense of evidence tampering as charged in Count 6 of this

Indictment and which assault caused physical contact with J.M., while J.M. was

engaged in, and on account of, the performance of his official duties.

All in violation of Title 18, United States Code, Sections 111(a)(1) and

111(b).

## Count 6
Obstruction of Justice through Evidence Tampering
(18 U.S.C. § 1512(c)(1))

13.    On or about and between October 29, 2019, and November 1, 2019,

both dates being approximate and inclusive, ARTHUR BRUN, aka "Ata," and

KELVIN KAUWILA KAI, aka "Kauwila," the defendants, did corruptly attempt

to conceal an object, namely, a quantity of a mixture or substance containing a

detectable amount of methamphetamine, with the intent to impair the availability

of the methamphetamine for use in an official proceeding, namely, a proceeding

before a judge or court of the United States.

All in violation of Title 18, United States Code, Sections 1512(c)(1) and 2.

//

//

18

<u>Count 7</u>
Distribution of Methamphetamine
(21 U.S.C. § 841(a)(1) and 841(b)(1)(C))

14.     On or about November 19, 2019, within the District of Hawaii,

ARTHUR BRUN, aka "Ata," the defendant, did knowingly and intentionally

distribute a quantity of a mixture and substance containing a detectable amount of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).


<u>Count 8</u>
Distribution of Methamphetamine
(21 U.S.C. § 841(a)(1) and 841(b)(1)(C))

15.     On or about November 21, 2019, within the District of Hawaii,

ARTHUR BRUN, aka "Ata," the defendant, did knowingly and intentionally

distribute a quantity of a mixture and substance containing a detectable amount of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).

<u>Count 9</u>
Obstruction of Justice through Witness Tampering
(18 U.S.C. § 1512(b)(3))

16.     On or about and between November 21, 2019, and November 22,

2019, both dates being approximate and inclusive, within the District of Hawaii,

ARTHUR BRUN, aka "Ata," the defendant, did knowingly attempt to corruptly

persuade another person, namely, CC-3, to provide false information to the Kauaʻi

Police Department about a backpack belonging to CC-3 and containing a quantity

of a mixture or substance containing a detectable amount of methamphetamine that

BRUN had supplied to CC-3, with the intent to prevent the communication to the

Kauaʻi Police Department of truthful information relating to the possible

commission of a Federal offense, namely, distribution and possession with intent to

distribute methamphetamine, in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1).

All in violation of Title 18, United States Code, Section 1512(b)(3).

<u>Count 10</u>
Felon in Possession of a Firearm and Ammunition
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

17.     From a precise date unknown, but by at least January 14, 2020, within

the District of Hawaii, STEVEN KELIIKULI, the defendant, having previously

20

been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, did knowingly possess a firearm, namely a Smith and Wesson .38 Special, and ammunition, namely six rounds of .38 Special ammunition, said firearm and ammunition having been previously shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 11
Possession of Methamphetamine with Intent to Distribute
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B))

18.     From a precise date unknown, but by at least January 21, 2020, within the District of Hawaii, ROBBY SILVA, the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

//

//

<u>Count 12</u>
Felon in Possession of Ammunition
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

19.    From a precise date unknown, but by at least January 21, 2020, within

the District of Hawaii, ROBBY SILVA, the defendant, having previously been

convicted of a crime punishable by imprisonment for a term exceeding one year,

and knowing that he had been convicted of such a crime, did knowingly possess

various sizes, calibers, and types of ammunition, said ammunition having been

previously shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1) and

924(a)(2).

<u>Count 13</u>
Conspiracy to Possess Firearm and Ammunition as Felons
(18 U.S.C. § 371)

20.    In or about October 2019, within the District of Hawaii, ARTHUR

BRUN, aka "Ata," and ORLANDO MANGUCHEI, aka "Ole," the defendants, and

others known and unknown, knowingly and willfully did combine, conspire,

confederate, and agree together and with each other to commit an offense against

the United States, namely, to violate Title 18, United States Code, Section

922(g)(1).

22

21.     It was a part and an object of the conspiracy that ARTHUR BRUN,

aka "Ata," and ORLANDO MANGUCHEI, aka "Ole," the defendants, having

previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, and knowing that they had been convicted of such a crime,

would and did knowingly possess a firearm and ammunition, said firearm and

ammunition having been previously shipped and transported in interstate and

foreign commerce.

22.     In furtherance of the conspiracy and to effect the illegal object thereof,

the following overt act, among others, was committed within the District of

Hawai'i:

a.     On or about October 16, 2019, ARTHUR BRUN, aka "Ata,"

the defendant, called CC-1 and asked, in substance and in part, if he "get any uh

guns?"  When CC-1 answered that he had a registered gun, BRUN responded, in

substance and in part, that he needed an unregistered gun for ORLANDO

MANGUCHEI, aka "Ole," the defendant: "No, not registered . . . . My friend

coming from Oahu he like go hunt that's why . . . . this fucka not going get caught

I promise . . . . that's for Orlando that's why."

b.     On or about October 16, 2019, MANGUCHEI sent a text

message to BRUN in which he asked, in substance and in part, if BRUN needed

23

assistance with collecting drug debts: "Patnahno more real job for me up there?.i hit wonders.on the real.i not on that stuff.i mean business. If someone owe u.that get the cash but holding o . . . ut.or just text me out.we talk."

        c.     On or about October 17, 2019, BRUN and MANGUCHEI spoke by phone, during which conversation BRUN explained, in substance and in part, that his "boy" had a "SKS" firearm "for you hunt." When MANGUCHEI asked, in substance and in part, "what get rounds in that thing?" BRUN responded, "Get brah, hundred or thousand rounds . . . ." Later in the conversation, BRUN asked MANGUCHEI, in substance and in part, if he would prefer a "38 . . . revolver."

        All in violation of Title 18, United States Code, Section 371.


### First Forfeiture Notice

    1.     The allegations set forth in paragraphs 1-4, 5-11, 14, 15, and 18 of this Indictment are hereby realleged and incorporated by reference for the purpose of noticing forfeiture pursuant to Title 21, United States Code, Section 853.

    2.     The United States hereby gives notice that, pursuant to Title 21, United States Code, Section 853, upon conviction of the offenses in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1), and 846, charged in

Counts 1-4, 7, 8, and 11 of this Indictment, ARTHUR BRUN, aka "Ata,"

MALUELUE UMU, aka "Malu," KELVIN KAUWILA KAI, aka "Kauwila,"

STEVEN KELIIKULI, KANIU HUIHUI, SHEENA MILLARE, EFREN YANOS,

KIRSTEN MAKANOE AYAU, ORLANDO MANGUCHEI, aka "Ole," ROBBY

SILVA, HAIDEE SUEYASU, and PHRYSTAL BACIO, the defendants, shall

forfeit to the United States any and all property constituting, or derived from, any

proceeds obtained, directly or indirectly, as the result of such violations and any

and all property used, or intended to be used, in any manner or part, to commit, or

to facilitate the commission of, such violations.

     3.    If by any act or omission of the defendants, any of the property

subject to forfeiture described in paragraph 2 above:

     a.    cannot be located upon the exercise of due diligence;

     b.    has been transferred or sold to, or deposited with, a third party;

     c.    has been placed beyond the jurisdiction of the court;

     d.    has been substantially diminished in value; or

     e.    has been commingled with other property which cannot be

            subdivided without difficulty,

the United States will be entitled to forfeiture of substitute property up to the value

of the property described above in paragraph 2, pursuant to Title 21, United States

Code, Section 853(p).

## Second Forfeiture Notice

1.      The allegations set forth in paragraphs 1, 3, 17, and 19-22 of this Indictment are hereby realleged and incorporated by reference for the purpose of noticing forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2.      The United States hereby gives notice that, upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(g)(1) and 371, set forth in Counts 10, 12, and 13 of this Indictment, ARTHUR BRUN, aka "Ata," STEVEN KELIIKULI, ORLANDO MANGUCHEI, aka "Ole," and ROBBY SILVA, the defendants, shall forfeit to the United States any firearms and ammunition involved in or used in the those violations of law, including but not limited to the following:  the Smith and Wesson .38 Special and six rounds of .38 Special ammunition referred to in Count 10, all of the various sizes, calibers, and types of ammunition referred to in Count 12, and the firearms and ammunition referred to in Count 13.

3.      If by any act or omission of the defendants, any of the property subject to forfeiture described in paragraph 2 above:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be
       subdivided without difficulty,

the United States will be entitled to forfeiture of substitute property up to the value

of the property described above in paragraph 2, pursuant to Title 21, United States

Code, Section 853(p), as incorporated by Title 28, United States Code, Section

2461(c).

## Third Forfeiture Notice

1.     The allegations set forth in paragraphs 1, 4, 13, and 16 of this

Indictment are hereby re-alleged and incorporated by reference as though set forth

in full herein for the purpose of noticing forfeiture pursuant to Title 18, United

States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461.

2.     The United States hereby gives notice that, upon conviction of the

offenses in violation of Title 18, United States Code, Section 1512, set forth in

Counts 6 and 9 of this Indictment, ARTHUR BRUN, aka "Ata," and KELVIN

KAUWILA KAI, aka "Kauwila," the defendants, shall forfeit to the United States of America any and all property, real or personal, which constitutes or is derived from proceeds traceable to the offenses charged in Counts 6 and 9 of this Indictment.

      3.    If by any act or omission of the defendants, any of the property subject to forfeiture described in paragraph 2 above:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third party;

        c.    has been placed beyond the jurisdiction of the court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be subdivided without difficulty,

//

//

//

//

//

//

//

28

the United States of America will be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED: February _12_, 2020, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

_____

FOREPERSON, GRAND JURY

_____

KENJI M. PRICE
United States Attorney
District of Hawaii

_____

SEAN VAN DEMARK
MICAH SMITH
Assistant U.S. Attorneys

United States v. Arthur Brun, et al.
Indictment
Cr. No.      CR20-00024
                                    JAO
                                        29