KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

SEAN VAN DEMARK #10288
MICAH SMITH
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii    96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:  Sean.Van.Demark@usdoj.gov
            Micah.Smith@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 20-00024-01 DKW |
|---|---|
| Plaintiff, | ) |
| vs. | ) MOTION TO DETAIN DEFENDANT<br>) ARTHUR BRUN; MEMORANDUM<br>) IN SUPPORT; ATTACHMENTS 1-10 |
| ARTHUR BRUN,        (01)<br>   aka "Ata," | ) |
| Defendant. | ) |

**MOTION TO DETAIN DEFENDANT ARTHUR BRUN**

The United States hereby moves to detain defendant without bail, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>.   This defendant is eligible for detention because the case involves (check all that apply):

    ____    a.    Offense committed on release pending felony trial (3142(d)(1)(A)(i))*

    ____    b.    Offense committed on release pending imposition, execution, or appeal of sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))*

    ____    c.    Offense committed while on probation or parole (3142(d)(1)(A)(iii))*

    ____    d.    A citizen of a foreign country or unlawfully admitted person (3142(d)(1)(B))*

    ____    e.    Crime of violence (3142(f)(1)(A))

    _X_    f.    Maximum sentence life imprisonment or death (3142(f)(1)(B))

    _X_    g.    10+ year drug offense (3142(f)(1)(C))

    ____    h.    Felony, with two prior convictions in above categories (3142(f)(1)(D))

    ____    i.    Felony not otherwise a crime of violence involving a minor victim (3142(f)(1)(E))

    ____    j.    Felony not otherwise a crime of violence involving the possession or use of a firearm, destructive device, or dangerous weapon (3142(f)(1)(E))

|  |  |  |
|---|---|---|
| ____ | k. | Felony not otherwise a crime of violence involving a failure to register under 18 U.S.C. § 2250 (3142(f)(1)(E)) |
| X | l. | Serious risk defendant will flee (3142(f)(2)(A)) |
| X | m. | Danger to other person or community |
| X | n. | Serious risk obstruction of justice (3142(f)(2)(B)) |
| ____ | o. | Serious risk threat, injury, intimidation of prospective witness or juror (3142(f)(2)(B)) |

2. <u>Reason for Detention</u>.  The court should detain defendant (check all that apply):

|  |  |  |
|---|---|---|
| X | a. | Because there is no condition or combination of conditions of release which will reasonably assure defendant's appearance as required (3142(e)) |
| X | b. | Because there is no condition or combination of conditions of release which will reasonably assure the safety of any other person and the community (3142(e)) |
| ____ | c. | Pending notification of appropriate court or official (not more than 10 working days (3142(d)) |

3. <u>Rebuttable Presumption</u>.  A rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of

3

defendant as required and the safety of the community arises under Section 3142(e) because (check all that apply):

| | | |
|---|---|---|
| __X__ | a. | Probable cause to believe defendant committed 10+ year drug offense |
| ____ | b. | Probable cause to believe defendant committed an offense under 18 U.S.C. § 924(c) |
| ____ | c. | Probable cause to believe defendant committed an offense under 18 U.S.C. § 956(a) or 2332b |
| ____ | d. | Probable cause to believe defendant committed 10+ year offense listed in 18 U.S.C. § 2332b(g)(5)(B) |
| ____ | e. | Probable cause to believe defendant committed an offense involving a minor victim listed in 18 U.S.C. § 3142(e) |
| ____ | f. | Previous conviction for eligible offense committed while on pretrial release |

4. <u>Time for Detention Hearing.</u>   The United States requests that the court conduct the detention hearing:

| | | |
|---|---|---|
| ____ | a. | At first appearance |
| __X__ | b. | After continuance of __3__ days (not more than 3) |

5. <u>Out of District Rule 5 Cases.</u>   The United States requests that the detention hearing be held:

4

        \_\_\_        a.    In the District of Hawaii

        \_\_\_\_      b.    In the District where charges were filed

6. <u>Other Matters</u>.

*See* Memorandum in Support of Motion to Detain Defendant Arthur Brun also filed in this case along with the Indictment for additional information.

DATED: February 28, 2020, at Honolulu, Hawaii.

    KENJI M. PRICE
    United States Attorney
    District of Hawaii

    */s/ Sean Van Demark*
By_____
    SEAN VAN DEMARK
    MICAH SMITH
    Assistant U.S. Attorneys

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA