IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR BRUN,<br><br>Defendant. | Case No. 20-cr-00024-DKW-1<br><br>**ORDER (1) CERTIFYING APPEAL AS NOT TAKEN IN GOOD FAITH PURSUANT TO FED.R.APP.P. 24, AND (2) DENYING MOTIONS FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND APPOINTMENT OF COUNSEL** |

After appealing the June 5, 2025 Order denying his motion for compassionate release under 18 U.S.C. Section 3582, Defendant Arthur Brun now moves for leave to proceed on appeal *in forma pauperis* and appointment of counsel. Dkt. No. 463. For the reasons set forth below, both requests are DENIED.

Pursuant to Federal Rule of Appellate Procedure 24(a)(3)(A) (Rule 24), a party may proceed on appeal, in certain circumstances, *in forma pauperis* unless a court "certifies that the appeal is not taken in good faith…." In his motion for leave to proceed on appeal *in forma pauperis*, Brun states that he "seeks an appeal of the District Court's decision to deny his motion for a two-point reduction pursuant to Amendment 821 (USSG § 4C1.1) for 'zero-point offenders'." Dkt.

No. 463-2 at 1. Any such appeal would be frivolous, however, because, as explained in the June 5, 2025 Order, Brun is clearly not entitled to a reduction under U.S.S.G. Section 4C1.1. Dkt. No. 450 at 9 (finding that Brun failed to satisfy at least one of the mandatory criteria for qualification under Section 4C1.1).[1] Therefore, pursuant to Rule 24, the Court CERTIFIES that this appeal, Dkt. No. 451, is not taken in good faith and, as a result, DENIES the motion for leave to proceed on appeal *in forma pauperis*, Dkt. No. 463.

For the same reasons, and because he has no right to the appointment of counsel in a Section 3582 proceeding, *United States v. Townsend*, 98 F.3d 510, 513 (9th Cir. 1996), the motion for appointment of counsel, Dkt. No. 463, is also DENIED.

The Clerk is directed to send a copy of this Order to Brun and to the Ninth Circuit Court of Appeals. *See* Fed.R.App.P. 24(a)(4).

IT IS SO ORDERED.

Dated: July 3, 2025 at Honolulu, Hawaiʻi.

Derrick K. Watson
Chief United States District Judge

---

[1] While Brun does not identify any other issue he seeks to appeal, to the extent Brun may intend to appeal any other issue arising from the June 5, 2025 Order, doing so would likewise be frivolous because, as further explained in the Order, Brun was not even entitled to raise the vast majority of his arguments under the guise of a Section 3582 motion.